```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07020
   JAMES D ESPOSITO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7158

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/15/2006 and was confirmed 09/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.43% from remaining funds.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG          .00            .00          .00
HOMEQ SERVICING CORP     MORTGAGE ARRE       657.36            .00       657.36
HOMEQ SERVICING CORP     CURRENT MORTG          .00            .00          .00
HOMEQ SERVICING CORP     MORTGAGE ARRE       300.00            .00       300.00
FORD MOTOR CREDIT CORPOR SECURED NOT I          .00            .00          .00
FORD MOTOR CREDIT CORPOR SECURED NOT I          .00            .00          .00
CAPITAL ONE              UNSECURED          824.35            .00        82.44
CAPITAL ONE              UNSECURED          628.38            .00        62.84
CHASE BANK N A           UNSECURED       NOT FILED            .00          .00
HEIGHTS AUTO WORKERS CU  UNSECURED         7322.63            .00       732.26
HSBC NV                  UNSECURED       NOT FILED            .00          .00
HSBC BANK NEVADA NA      UNSECURED         1050.41            .00       105.04
STATE FARM BANK          UNSECURED        10473.76            .00      1064.59
ROUNDUP FUNDING LLC      UNSECURED          303.31            .00        30.33
RESURGENT CAPITAL SERVIC UNSECURED         2954.75            .00       295.48
AMBER BLOCKER            NOTICE ONLY     NOT FILED            .00          .00
FORD MOTOR CREDIT        UNSECURED        28946.46            .00      2942.22
FORD MOTOR CREDIT        UNSECURED         4359.04            .00       435.90
HOMEQ SERVICING CORP     NOTICE ONLY     NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,275.25                    2,275.25
TOM VAUGHN               TRUSTEE                                         571.55
DEBTOR REFUND            REFUND                                           30.78

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,586.04

PRIORITY                                          .00
SECURED                                        957.36
UNSECURED                                    5,751.10

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 07020 JAMES D ESPOSITO
```

```
ADMINISTRATIVE                                              2,275.25
TRUSTEE COMPENSATION                                          571.55
DEBTOR REFUND                                                  30.78
                                     ---------------  ---------------
TOTALS                                      9,586.04         9,586.04
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
  Dated: 12/22/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 06 B 07020 JAMES D ESPOSITO